UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20380-CR-ALTONAGA/REID

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2119
18 U.S.C. § 924(c)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(5)

FILED BY_____MP_____D.C.

Aug 28, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

MIGUEL ALEJANDRO
PASTRAN HERNANDEZ,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges:

### COUNT 1
### Kidnapping
### 18 U.S.C. § 1201(a)(1)

From on or about August 16, 2024, through on or about August 19, 2024, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ALEJANDRO PASTRAN HERNANDEZ,**

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold a person, that is, J.E.G., for reward and otherwise, and did travel in interstate commerce, that is, from Texas to the Southern District of Florida, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 2
## Carjacking
## 18 U.S.C. § 2119(1)

From on or about August 16, 2024, through on or about August 19, 2024, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ALEJANDRO PASTRAN HERNANDEZ,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a black 2023 Honda HR-V, from the person and presence of another, that is, J.E.G., by force and violence, and by intimidation, in violation of Title 18, United States Code, Section 2119(1).

## COUNT 3
## Brandishing a Firearm During and in Relation to a Crime of Violence
## 18 U.S.C. § 924(c)(1)(A)(ii)

From on or about August 16, 2024, through on or about August 19, 2024, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ALEJANDRO PASTRAN HERNANDEZ,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119(1), as set forth in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MIGUEL ALEJANDRO PASTRAN HERNANDEZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1201(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 2119, as alleged in this Indictment, the defendant shall forfeit to the United States, any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(5).

4. Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in, or used in the commission of, such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

[This space intentionally left blank]

All pursuant to Title 18, United States Code, Sections 924(d)(1), 982(a)(5), and 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A  
███████████████  
FOREPERSON

*[signature]*  
MARKENZY LAPOINTE  
UNITED STATES ATTORNEY

*[signature]*  
ELIZABETH HANNAH  
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-20380-CR-ALTONAGA/REID

v.

MIGUEL ALEJANDRO PASTRAN HERNANDEZ,

        Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take  6-7  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)       (Check only one)
   I   ☐ 0 to 5 days   ☐ Petty
   II  ☒ 6 to 10 days  ☐ Minor
   III ☐ 11 to 20 days ☐ Misdemeanor
   IV ☐ 21 to 60 days ☒ Felony
   V  ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-MJ-3751-LMR
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of August 19, 2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: *Elizabeth Hannah* (signature)
Elizabeth Hannah
Assistant United States Attorney
Court ID No.  A5503171

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MIGUEL ALEJANDRO PASTRAN HERNANDEZ

**Case No**: 

Count #: 1

Kidnapping

Title 18, United States Code, Section 1201(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Five (5) years
* **Max. Fine:** $250,000

Count #: 2:

Carjacking

Title 18, United States Code, Section 2119(1)
* **Max. Term of Imprisonment:** Fifteen (15) years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000

Count #: 3

Brandishing a Firearm During and in Relation to a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Seven (7) years (consecutive to any other term of imprisonment)
* **Max. Supervised Release:** Five (5) years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.