UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20380-ALTONAGA

UNITED STATES OF AMERICA

v.

MIGUEL ALEJANDRO
PASTRAN HERNANDEZ,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Defendant Miguel Alejandro Pastran Hernandez (the "Defendant"), and the Defendant's undersigned counsel (collectively, the "Parties"), stipulate to and agree not to contest the following facts and stipulate that such facts, in accordance with Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide a sufficient factual basis for the plea of guilty to the Indictment, which charges the Defendant with kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), carjacking, in violation of Title 18, United States Code, Section 2119(1), and brandishing a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). The Parties agree that had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

From on or about August 16, 2024, through on or about August 19, 2024, the Defendant kidnapped a woman ("Victim 1"), at gunpoint, and forced Victim 1 to drive the Defendant from Texas to Florida, in Victim 1's vehicle.

On or about Friday, August 16, 2024, at around 10:27 p.m., Victim 1 was working as a driver for the ride sharing application Lyft near Arlington, Texas, when she picked up the

Defendant, as arranged through the Lyft application. Victim 1 drove the Defendant to his destination, which was a gas station that appeared to be closed. After a short time, Victim 1 heard the click of a gun being chambered, and she saw the Defendant holding what appeared to be a firearm.[1] In fear for her life, Victim 1 offered to give the Defendant her possessions and leave the vehicle, but the Defendant told Victim 1 that he was going to tie her up and put her in the back of the vehicle, a 2023 Honda HR-V.

Instead of tying her up, the Defendant allowed Victim 1 to drive the vehicle, as long as she did what he said and followed the speed limit. The Defendant told Victim 1 to drive toward Florida. Victim 1 complied and began driving, following the Defendant's orders. The Defendant used a mobile application on his cellphone to see where law enforcement was located along the drive and would instruct Victim 1 to avoid those areas. The Defendant told Victim 1 that he had other guns in the car, inside his luggage. Throughout the kidnapping, Victim 1 did not feel in control of the vehicle and felt obliged to follow the Defendant's orders, believing that the Defendant had multiple firearms. Victim 1 drove until approximately 11:00 a.m. on Saturday, August 17, 2024, when the Defendant began demanding that Victim 1 call her family, providing specific instructions on what to say and do. The Defendant instructed Victim 1 to tell her family that she was on a long work trip, so that they would not be suspicious of Victim 1's absence.

While driving from Texas to Florida, the Defendant discovered that Victim 1 had a firearm in the vehicle, a blue in color 9mm handgun. The firearm was unloaded, with the ammunition stored separately in the vehicle. The Defendant loaded the ammunition into the firearm and kept it on his person for the duration of the kidnapping. The Defendant brandished that firearm at Victim 1 so that Victim 1 would follow his commands.

---

[1] Law enforcement later determined that it was an Airsoft or BB gun, not a firearm.

Throughout the kidnapping, the Defendant and Victim 1 stopped for gas several times. Each time, the Defendant would take the car keys, so that Victim 1 could not drive away. Periodically, the Defendant allowed Victim 1 to rest, and he sometimes drove the vehicle himself, always keeping Victim 1's firearm on hand.

On or about August 18, 2024, the Defendant and Victim 1 arrived in Miami Beach, Florida, where the Defendant surveilled the residence of another potential victim ("Victim 2"). The Defendant told Victim 1 that Victim 2 was a social media influencer and that the Defendant intended to kidnap Victim 2 or someone in his family for a $3,000,000 ransom.

On or about Monday, August 19, 2024, the Defendant made Victim 1 drive to a dollar store in Hialeah, Florida, to buy supplies for the kidnapping of Victim 2. The Defendant held onto Victim 1's car keys, while Victim 1 used the restroom. Around that time, police officers arrived at the dollar store. The Defendant saw the police and fled the area on foot.

Law enforcement located the Defendant at a park in Hollywood, Florida a few hours later. When law enforcement approached the Defendant, the Defendant tried to flee again, but he was ultimately detained. On the Defendant's person, inside a cross-body bag, was a blue handgun, matching the description provided by Victim 1 and identified by Victim 1 as her firearm. The firearm was loaded and had a bullet in the chamber.

The Defendant gave a recorded, post-*Miranda* statement to law enforcement officers. The Defendant admitted that he had ordered a Lyft ride in Texas and had kidnapped the driver. The Defendant confirmed he made Victim 1 drive him to Florida and that she was not free to leave. The Defendant further stated he had taken Victim 1's firearm and had kept it in his possession for the duration of the kidnapping. The Defendant also advised law enforcement that his backpack inside Victim 1's vehicle contained additional weapons. Inside Defendant's backpack, law

enforcement later discovered multiple Airsoft or BB guns, knives, a black mask, hat, sunglasses, binoculars, walkie-talkies, zip-ties, and other items apparently intended to be used for the kidnappings of Victim 1 and/or Victim 2. *See image of items recovered from defendant's backpack, below.*



The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned Defendant's knowing, willful, and intentional plea of guilty.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 12/3/24     By: _____
                      ELIZABETH HANNAH
                      ASSISTANT UNITED STATES ATTORNEY

Date: 11/19/24    By: _____
                      DANIEL ECARIUS
                      ATTORNEY FOR DEFENDANT

Date: 11/04/24    By: _____
                      MIGUEL ALEJANDRO PASTRAN HERNANDEZ
                      DEFENDANT

4